UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MSP RECOVERY CLAIMS, SERIES LLC,
a Delaware entity,

    Plaintiff,                       CASE NO. _____

v.

AIG PROPERTY CASUALTY COMPANY
a Foreign Profit Corporation,

    Defendant.
_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant AIG Property Casualty Company ("AIGPCC") hereby removes to this Court the state court action described below pursuant to 28 U.S.C. §§ 1331, 1441, and 1446:

### BASIS FOR REMOVAL JURISDICTION

1.    On August 9, 2017 Plaintiff MSP Recovery Claims, Series LLC filed a putative class action complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida styled *MSP Recovery Claims, Series LLC v. AIG Property Casualty Company*, Case No. 2017-019348-CA-01 ("Complaint").

2.    On October 2, 2017, the Chief Financial Officer of the State of Florida Department of Financial Services received the summons and Complaint, which were forwarded to AIGPCC's designated agent for service of process on October 4, 2017. The summons and Complaint, along with copies of all other process, pleadings, and orders from the state court action are attached hereto as composite Exhibit A pursuant to 28 U.S.C. § 1446(a).

3. This action is removable under 28 U.S.C. § 1441(a) because the Complaint alleges a single cause of action that arises solely under a federal statute, the Medicare Secondary Payer Act, 42 U.S.C. §§ 1395y, *et seq*. *See* Compl. ¶ 51. The Complaint alleges a single cause of action entitled "Private Cause of Action Under 42 U.S.C. § 1395y(b)(3)(A)."

4. Section 1441(a) provides that "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Venue in this Court is proper under 28 U.S.C. § 1441(a) and Local Rule 3.1 because (i) this action is being removed from the state court in which it was originally filed, the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, which sits within the Southern District of Florida, and (ii) the Complaint alleges that the cause of action accrued in Miami-Dade County, Florida. *See* Compl. ¶ 7.

5. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1331 and 1441(a) because a claim under 42 U.S.C. § 1395y(b)(3)(A) "aris[es] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

**PROCEDURAL REQUIREMENTS**

6. Removal is timely pursuant to 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty days of service on AIGPCC of the Complaint.

7. Pursuant to 28 U.S.C. § 1446(d), AIGPCC will promptly serve a copy of this Notice of Removal on counsel for Plaintiff and will file a copy of this Notice of Removal with the clerk of the state court.

**RESERVATION OF DEFENSES**

8. As of the filing of this Notice of Removal, no further proceedings have been had in the state court action.

9. Nothing in this Notice of Removal shall be interpreted as a relinquishment of AIGPCC's right to assert any defense or affirmative matter.

10. The parties have stipulated that AIGPCC's response to the Complaint is due on November 27, 2017.

11. AIGPCC reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant AIG Property Casualty Company respectfully requests that this action, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and that this Court proceed as if this case has been initiated in this Court.

DATED: November 1, 2017

Respectfully Submitted,

*/s/ Benjamine Reid*
Benjamine Reid
Florida Bar No. 183522
CARLTON FIELDS JORDEN BURT, P.A.
100 Southeast Second Street
Suite 4200
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-OO55
breid@carltonfields.com

D. Matthew Allen
Florida Bar No. 866326
CARLTON FIELDS JORDEN BURT, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Suite 1000

Suzanne Jaffe Bloom (*pro hac vice application to be filed*)
Jeffrey J. Amato (*pro hac vice application to be filed*)
Benjamin Sokoly (*pro hac vice application to be filed*)
Mollie C. Richardson (*pro hac vice application to be filed*)
Cristina M. Fernandez (*pro hac vice application to be filed*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
sbloom@winston.com
jamato@winston.com

113225284.1

Tampa, FL 33607  
Telephone: (813) 223-7000  
Facsimile: (813) 229-4133  
mallen@carltonfields.com

bsokoly@winston.com  
mrichardson@winston.com  
cfernandez@winston.com

*Attorneys for Defendant AIG Property Casualty Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 1, 2017, a copy of the foregoing was served on the following counsel of record via U.S. Mail:

John H. Ruiz Esq.  
MSP Recovery Law Firm  
5000 SW 75 Avenue  
Suite 400  
Miami, FL  33155  
*Attorney for Plaintiff*

/s/ D. Matthew Allen  
Attorney

4

113225284.1